# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DITECH FINANCIAL LLC, et al.,

    Plaintiff(s),

v.

PAUL U. PAWLIK, et al.,

    Defendant(s).

Case No.: 2:17-cv-00882-APG-NJK

**ORDER**

Pending before the Court is the parties' discovery plan. Docket No. 19. The discovery plan indicates that the parties do not believe any discovery is necessary beyond initial disclosures, but also seeks a discovery cutoff four months from now, on December 20, 2019. *Id.* at 2. The Court **SETS** a scheduling hearing for 2:00 p.m. on August 22, 2019.

IT IS SO ORDERED.

Dated: August 15, 2019

Nancy J. Koppe
United States Magistrate Judge